**Order entered May 6, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00745-CR

**MIGUEL ANGEL CASTELLANOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82163-2017**

### ORDER

Before the Court is the State's May 4, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE